565470

4

STATE OF MICHIGAN
IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

KEITH NATHANSON and
STACY NATHANSON,
    Plaintiffs,

vs.

JOSEPH MANN & CREED,
an Ohio corporation,
    Defendant.
_____/

Case: 2:07-cv-15367
Judge: Cook, Julian Abele
Referral MJ: Morgan, Virginia M
Filed: 12-17-2007 At 04:36 PM
CMP NATHANSON, ET AL V. JOSEPH MANN AND CREED (TAM)

GARY D. NITZKIN P41155
NITZKIN & ASSOCIATES
Attorneys for Plaintiff
22142 West Nine Mile Road
Southfield, MI 48034
(248) 353-2882
Fax (248) 353-4840
gnitzkin@creditor-law.com
_____/

## COMPLAINT

1. The Defendant is an Ohio corporation.

2. Defendant is a debt collector as defined at 15 U.S.C. 1692(a)(6).

3. Each Plaintiff is a "Consumer" as defined at 15 U.S.C. 1692a(3).

### GENERAL ALLEGATIONS

4. On August 23, 2007, the Defendant contacted the Plaintiff's at their home, via letter, demanding payment of a certain consumer debt.

5. On September 14, 2007, Plaintiff Keith Nathanson sent a return letter to the Defendant disputing the debt and directing the Defendant to cease and desist from any further communication with the Plaintiffs.

6. The Defendant ignored Mr. Nathanson's directive and on October 11, 2007, sent the Plaintiffs another dunning letter despite the Plaintiffs' directive.

7. The Defendant again ignored Mr. Nathanson's directive on October 12, 2007 and on October 13, 2007 by telephoning the Plaintiffs' home.

## VIOLATION OF THE FAIR DEBT COLLECTION PRACTICES ACT.

8. Plaintiff realleges paragraphs 1-7 as of recited verbatim.

9. The Defendant, at all relevant times, was attempting to collect a debt as defined at 15 U.S.C. 1692a (5).

10. Defendant, in attempting to collect a consumer debt from the Plaintiff violated 15 USC 1692(c)(3) of the Fair Debt Collection Practices Act by communicating with the Plaintiffs after being expressly advised not to contact them anymore.

11. Plaintiff is entitled to damages of $1,000 per violation plus reasonable attorneys fees.

**WHEREFORE, PLAINTIFF PRAYS** that this court grant it a judgment against the Defendant in the amount of $1,000 plus costs, interest and reasonable attorneys' fees. Respectfully submitted

December 11, 2007

GARY D. NITZKIN P41155
Attorney for Plaintiff
gnitzkin@creditor-law.com

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

County in which this action arose: Oakland County, MI

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Keith Nathanson and Stacy Nathanson

## DEFENDANTS
Joseph Mann and Creed

(b) County of Residence of First Listed Plaintiff: Oakland County, MI
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: Cuyahoga County, OH
(IN U.S. PLAINTIFF CASES ONLY)

(c) Attorney's (Firm Name, Address, and Telephone Number)
Gary Nitzkin P 41155
22142 West Nine Mile Road, Southfield, MI 48033
(248) 353-2882

Case: 2:07-cv-15367
Judge: Cook, Julian Abele
Referral MJ: Morgan, Virginia M
Filed: 12-17-2007 At 04:36 PM
CMP NATHANSON, ET AL V. JOSEPH MANN
AND CREED (TAM)

## II. BASIS OF JURISDICTION (Select One Box Only)
- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [x] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT (Select One Box Only)

**CONTRACT**
- 110 Insurance
- 120 Marine
- 130 Miller Act
- 140 Negotiable Instrument
- 150 Recovery of Overpayment & Enforcement of Judgment
- 151 Medicare Act
- 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- 153 Recovery of Overpayment of Veteran's Benefits
- 160 Stockholders' Suits
- 190 Other Contract
- 195 Contract Product Liability
- 196 Franchise

**TORTS - PERSONAL INJURY**
- 310 Airplane
- 315 Airplane Product Liability
- 320 Assault, Libel & Slander
- 330 Federal Employers' Liability
- 340 Marine
- 345 Marine Product Liability
- 350 Motor Vehicle
- 355 Motor Vehicle Product Liability
- 360 Other Personal Injury

**TORTS - PERSONAL INJURY**
- 362 Personal Injury - Med. Malpractice
- 365 Personal Injury - Product Liability
- 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- 370 Other Fraud
- 371 Truth in Lending
- 380 Other Personal Property Damage
- 385 Property Damage Product Liability

**REAL PROPERTY**
- 210 Land Condemnation
- 220 Foreclosure
- 230 Rent Lease & Ejectment
- 240 Torts to Land
- 245 Tort Product Liability
- 290 All Other Real Property

**CIVIL RIGHTS**
- 441 Voting
- 442 Employment
- 443 Housing/Accommodations
- 444 Welfare
- 445 Amer. w/Disabilities - Employment
- 446 Amer. w/Disabilities - Other
- 440 Other Civil Rights

**PRISONER PETITIONS**
- 510 Motions to Vacate Sentence
- Habeas Corpus:
- 530 General
- 535 Death Penalty
- 540 Mandamus & Other
- 550 Civil Rights
- 555 Prison Condition

**FORFEITURE/PENALTY**
- 610 Agriculture
- 620 Other Food & Drug
- 625 Drug Related Seizure of Property 21 USC 881
- 630 Liquor Laws
- 640 R.R. & Truck
- 650 Airline Regs.
- 660 Occupational Safety/Health
- 690 Other

**LABOR**
- 710 Fair Labor Standards Act
- 720 Labor/Mgmt. Relations
- 730 Labor/Mgmt. Reporting & Disclosure Act
- 740 Railway Labor Act
- 790 Other Labor Litigation
- 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- 422 Appeal 28 USC 158
- 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- 820 Copyrights
- 830 Patent
- 840 Trademark

**SOCIAL SECURITY**
- 861 HIA (1395ff)
- 862 Black Lung (923)
- 863 DIWC/DIWW (405(g))
- 864 SSID Title XVI
- 865 RSI (405(g))

**FEDERAL TAX SUITS**
- 870 Taxes (U.S. Plaintiff or Defendant)
- 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- 400 State Reapportionment
- 410 Antitrust
- 430 Banks and Banking
- [x] 450 Commerce
- 460 Deportation
- 470 Racketeer Influenced and Corrupt Organizations
- 480 Consumer Credit
- 490 Cable/Sat TV
- 810 Selective Service
- 850 Securities/Commodities/Exchange
- 875 Customer Challenge 12 USC 3410
- 890 Other Statutory Actions
- 891 Agricultural Acts
- 892 Economic Stabilization Act
- 893 Environmental Matters
- 894 Energy Allocation Act
- 895 Freedom of Information Act
- 900 Appeal of Fee Determination Under Access to Justice
- 950 Constitutionality of State Statutes

## V. ORIGIN (Select One Box Only)
- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
15 USC 1692
Brief description of cause:
Breach of the federal Fair Debt Collection Practices Act

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
- DEMAND $ $1,000 plus attorney fee
- CHECK YES only if demanded in complaint:
- JURY DEMAND: [ ] Yes [x] No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE: December 11, 2007
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

PURSUANT TO LOCAL RULE 83.11

1.     Is this a case that has been previously dismissed?  ☐ Yes  ☑ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

2. Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)  ☐ Yes  ☑ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

   Notes : _____